## LAMBERT et v CONNECTICUT FIRE INSURANCE CO

Ohio Appeals, 1st Dist, Hamilton Co

Decided Dec 24, 1934

Paxton & Seasongood, Cincinnati, for plaintiff.

Harmon, Colston, Goldsmith & Hoadly, Cincinnati, for defendant.

For full opinion see 3 OO 342; 49 Oh Ap 483.